1074

No. 78–851.   Fayer *v.* Joint Bar Association Grievance Committee, Tenth Judicial District.   App. Div., Sup. Ct. N. Y., 2d Jud. Dept.   Certiorari denied.

No. 78–869.   Jezarian et al. *v.* Raichle, Trustee, et al. C. A. 2d Cir.   Certiorari denied.

No. 78–870.   Rodriguez *v.* United States.   C. A. 2d Cir. Certiorari denied.

No. 78–5232.   Carter *v.* Telectron, Inc., et al.   C. A. 5th Cir.   Certiorari denied.

No. 78–5271.   Mallett *v.* Louisiana.   Sup. Ct. La.   Certiorari denied.

No. 78–5279.   Heflin *v.* Illinois.   Sup. Ct. Ill.   Certiorari denied.

No. 78–5292.   Brown *v.* Texas.   Ct. Crim. App. Tex. Certiorari denied.

No. 78–5294.   Traylor *v.* United States.   C. A. 5th Cir. Certiorari denied.

No. 78–5330.   Gillespie *v.* Jeffes, Correctional Superintendent.   C. A. 3d Cir.   Certiorari denied.

No. 78–5371.   Brady et al. *v.* United States.   C. A. 9th Cir.   Certiorari denied.

No. 78–5386.   Orduno *v.* California.   Ct. App. Cal., 4th App. Dist.   Certiorari denied.